**Order entered June 16, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00297-CV

**EFO GP INTERESTS, INC. F/K/A EFO GENPAR, INC., EFO HOLDINGS, LP, AND EFO LASER SPINE INSTITUTE, LTD., Appellants**

**V.**

**JAMES S. ST. LOUIS, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10056**

### ORDER

Appellant EFO Holdings, LP is in bankruptcy proceedings. Because it does not appear the appeal is permitted by federal law or the bankruptcy court, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2, 8.3. Accordingly, this cause is **ABATED**. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal may proceed. *See id.* 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE